IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **VERNON STEED** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 05-CV-0144** |
| | : | |
| **FRANKLIN TENNIS, et al.** | : | |

## ORDER

**AND NOW**, this 17th day of June, 2005, upon consideration of the Petition for Writ of Habeas Corpus (docket no. 1) and Respondent's Answer thereto, and after a review of the Report and Recommendation of Magistrate Jacob P. Hart ("R&R"), to which no objections have been filed, it is **ORDERED** that the R&R is **APPROVED** and **ADOPTED,** and the Petition is **DISMISSED** for the reasons articulated by Magistrate Judge Hart.  It is **FURTHER ORDERED** that no certificate of appealability shall issue.

BY THE COURT:


 S/Bruce W. Kauffman
 BRUCE W. KAUFFMAN,  J.